Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONIKA BURNS,** | Case No.: 8:20-cv-00805-RGK-JDE |
| **Plaintiff,** | |
| v. | |
| **STOP GO NETWORKS LIMITED,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 5, 2020          By: */s/ Amy L. B. Ginsburg*
                                         Amy L. B. Ginsburg, Esquire
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Pike

Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Peter N. Villar, Esq.
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza Suite 1400
Irvine, CA 92614
949-622-2700
Email: peter.villar@troutman.com

Mark E. Rooney, Esq.
Hudson Cook LLP
1909 K Street NW 4th Floor
Washington, DC 20006
202-715-2015
Email: mrooney@hudco.com
Attorneys for Defendant

Dated: October 5, 2020                By: */s/ Amy L. B. Ginsburg*
                                      Amy L. B. Ginsburg, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: aginsburg@creditlaw.com