JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIKA BURNS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STOP GO NETWORKS LIMITED,<br><br>　　　　Defendant. | Case No.: 8:20-cv-00805-RGK-JDE<br><br>[Hon. Judge R. Gary Klausner]<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR DISMISSAL AND DISMISSING ACTION WITH PREJUDICE  [26]<br><br>*[Filed concurrently with Stipulation for Dismissal]* |

The Court, having considered the Stipulation for Dismissal filed by Plaintiff Tonika Burns and Defendant Stop Go Networks Limited (together, the "Parties") and for good cause appearing, rules as follows.

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety.  The Court shall retain jurisdiction to enforce the Confidential Settlement Agreement and Release between the Parties.

**IT IS SO ORDERED.**

Dated: __October 7__, 2020

_____
Judge R. Gary Klausner
United States District Court Judge